JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ELSA ANGELICA GARNICA, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 – 100, inclusive<br><br>    Defendants. | Case No. 2:19-cv-10487 FMO(MAAx)<br>Assigned to: Hon. Fernando M. Olguin<br><br>**ORDER ON STIPULATION [12] REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br><br>Case Filed: December 12, 2019<br>State Court Action Filed: July 3, 2019 |

  Having considered the stipulation between Plaintiff ELSA ANGELICA GARNICA and Defendant TARGET CORPORATION, and good cause appearing therefor:

  **IT IS HEREBY ORDERED** that Plaintiff ELSA ANGELICA GARNICA, as a result of the alleged incident and subsequent claim all described more fully in the Complaint filed in the Superior Court of the State of California, County of Los Angeles, Case No. 19STCV23385, entitled <u>Elsa Angelica Garnica vs. Target Corporation, et al.</u> (the "State Court Action"), has incurred total damages, if any, that do not, and will never be claimed to, exceed $125,000.00, exclusive of interest

/ / /

and costs, and this matter is hereby remanded to the Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED.**

Dated: January 24, 2020                    _____/s/_____

Hon. Fernando M. Olguin
UNITED STATES DISTRICT JUDGE

1

2
## PROOF OF SERVICE

3
    I am a citizen of the United States. My business address is Nicolson Law
Group, PC, 21650 Oxnard Street, Suite 1410, Woodland Hills, California 91367.  I

4
am employed in the County of Los Angeles where this service occurs.  I am over the

5
age of 18 years, and not a party to the within cause.

6
    On the date set forth below, according to ordinary business practice, the
below document was served as follows:

7
### [PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY

8
### SUPERIOR COURT

9

10
☒    (BY CM/ECF)  I hereby certify that on this date, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF system which will s

11
end notification of such filing to the e-mail addresses denoted on the
Electronic Mail notice list, and I hereby certify that I have mailed the
foregoing document or paper via the United States Postal Service to the non-

12
CM/ECF participants (if any) indicated on the Manual Notice list.

13
☐    (BY FAX)  I transmitted via facsimile, from facsimile number (818) 858-

14
1124, the document(s) to the person(s) on the attached service list at the fax
number(s) set forth therein, on this date before 5:00 p.m.  A statement that

15
this transmission was reported as complete and properly issued by the sending
fax machine without error is attached to this Proof of Service.

16
☐    (BY E-MAIL) On this date, I personally transmitted the foregoing

17
document(s) via electronic mail to the e-mail address(es) of the person(s) on

18
the attached service list.

19
☒    **(BY MAIL)**  I am readily familiar with my employer's business practice for
collection and processing of correspondence for mailing with the U.S. Postal

20
Service, and that practice is that correspondence is deposited with the U.S.
Postal Service the same day as the day of collection in the ordinary course of

21
business.  On this date, I placed the document(s) in envelopes addressed to the
person(s) on the attached service list and sealed and placed the envelopes for

22
collection and mailing following ordinary business practices.

23
Gary Berkovich, Esq.              Marc Eric Levine, Esq.

24
Law Offices Of Gary Berkovich, APC    The Levine Firm

25
14900 Ventura Boulevard         5350 Topanga Canyon Boulevard
Suite 220                         Woodland Hills, California 91364

26
Sherman Oaks, CA  91403         Telephone Number: (818) 881-6858
Telephone Number: (818) 465-9505    Facsimile Number:  (818) 431-2087

27
Facsimile Number:  (818) 358-2819    Attorneys for Elsa Angelica Garnica
Email: info@garyberklaw.com

28

Attorneys for Plaintiff Elsa Angelica Garnica

☐     (BY PERSONAL SERVICE)   On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐     (BY OVERNIGHT DELIVERY)   On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒     (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 22, 2020**, at Los Angeles, California.


         _/s/ Cheryl C. Crowley_
         Cheryl C. Crowley